IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

MANES PIERRE,

     Petitioner,

v.
                                       Case No. 5D23-1632
                                       LT Case Nos. 20-CF-4515
                                                     21-CF-3642
                                                     20-DR-3309

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed June 23, 2023

Petition for Writ of Mandamus,
Robert W. Hodges, Respondent Judge.

Manes Pierre, Ocala, pro se.

No Appearance for Respondent.

PER CURIAM.

     Petitioner, Manes Pierre, continues to raise the same claims and arguments stemming from Marion County Circuit Court Case Nos. 20-CF-4515, 21-CF-3642 and 20-DR-3309, which have been previously considered on the merits and disposed of by this Court. Petitioner's continued attempts

to revisit the same issues through multiple filings is abusive, repetitive, malicious, or frivolous and an abuse of this Court's process. Petitioner is, therefore, cautioned that any further pro se filings in this Court, whether by petition or appeal, asserting claims stemming from Marion County Circuit Court Case Nos. 20-CF-4515, 21-CF-3642 and 20-DR-3309, which have previously been raised and disposed of, may result in sanctions such as a bar on pro se filing in this Court and, where applicable, referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

MAKAR, WALLIS and HARRIS, JJ., concur.